UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH WILLIAMS-BEY, | ) |
| Petitioner, | ) |
| v. | ) CAUSE NO. 3:05-CV-348-TS |
| CECIL DAVIS, | ) |
| Respondent. | ) |

**OPINION AND ORDER**

This matter is before the Court on Petitioner Joseph Williams-Bey's Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254.

While the Respondent has not yet filed a response, Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court permits a court to dismiss a petition *sua sponte* when it plainly appears from its face that the petitioner is not entitled to relief. *See Dellenbach v. Hanks*, 76 F.3d 820, 822 (7th Cir. 1996) ("courts require that the petition cross some threshold of plausibility before they will require the state to answer"). That rule applies in this case, where the Petitioner's complaint is that he received a written reprimand that did not affect the length of his sentence. Because the Petitioner has no liberty interest in not receiving a written reprimand, the question of procedural due process is irrelevant. *See Sandin v. Connor*, 515 U.S. 472, 484 (1995). Since the written reprimand not affect the length of his sentence and does not impose an atypical and significant hardship, the Petition must be denied.

For the foregoing reasons, the Petition is DISMISSED.

SO ORDERED on July 14, 2005.

           S/ Theresa L. Springmann
           THERESA L. SPRINGMANN
           UNITED STATES DISTRICT COURT